IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| METROPOLITAN LIFE INSURANCE, | : | |
| --- | --- | --- |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:07cv1017 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| BARBARA A. CLAUS, et. al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on March 18, 2009 (Doc. 32), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 7, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendant Russell S. Ruehl is awarded the Remaining Plan Benefits in the amount of $17,247.60 plus any applicable interest; and this case is hereby **TERMINATED.**

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court